**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **CRIMINAL NO. H-16-282** |
| **CARMEN TURNER,** | § | |
| **DEFENDANT** | § | |

**MOTION TO DISMISS COUNTS IN INDICTMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

The United States of America, represented by the undersigned Assistant United States Attorney, files this motion to dismiss counts One (1) through Five (5) of the indictment against the above defendant in accordance with the terms of the Plea Agreement.

THEREFORE, the United States requests the Court to dismiss counts One (1) through Five (5) of the indictment.

Respectfully submitted,
KENNETH MAGIDGON
UNITED STATES ATTORNEY

Quincy L. Ollison
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208
Tel: (713) 567-9717